UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DANIEL FEINBERG,

       Plaintiff,

vs.

S. CAMPBELL, PHYLLIS LOVETT, et al.,

       Defendants.
_____/

Case No.
10-CV-13974

HON. MARK A. GOLDSMITH

## ORDER ADOPTING REPORT AND RECOMMENDATION AND (1) GRANTING MOTION FOR SUMMARY JUDGMENT, (2) DISMISSING WITH PREJUDICE PLAINTIFF'S FEDERAL CLAIMS, AND (3) DISMISSING WITHOUT PREJUDICE PLAINTIFF'S STATE LAW CLAIMS

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mark A. Randon, entered on September 12, 2011. The Magistrate Judge recommends that (i) the summary judgment motion of Defendants Campbell, Ahmed, and Ray be granted, (ii) Plaintiff's federal claims against all remaining defendants be dismissed with prejudice, and (iii) the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss them without prejudice.

      Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. <u>Thomas v. Arn</u>, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for correct reasons.

SO ORDERED.

Dated: October 28, 2011  s/Mark A. Goldsmith
Flint, Michigan  MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2011.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager